# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 11-4293cv

**Caption [use short title]**

**Motion for:** Leave to Participate in Oral Argument

Schoenefeld v. State of New York, et als

**Set forth below precise, complete statement of relief sought:**

Amicus Curiae, The New Jersey State Bar Association, see

**MOVING PARTY:** Amicus Curiae, The New Jersey State Bar
- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** State of New York, et als

**MOVING ATTORNEY:** David B. Rubin, Esq.
**OPPOSING ATTORNEY:** Laura Etlinger, Ass't Solicitor General

[name of attorney, with firm, address, phone number and e-mail]

44 Bridge St., P.O. Box 4579
Metuchen, NJ 08840
(732) 767-0440
rubinlaw@att.net

Office of the Attorney General, The Capitol
Albany, NY 12224
(518) 474-2256
laura.etlinger@ag.ny.gov

**Court-Judge/Agency appealed from:** U.S. District Court for the Northern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:_____

**Signature of Moving Attorney:**
_[signature]_ **Date:** 4/30/12

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Has service been effected? [✓] Yes [ ] No [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is GRANTED   DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080

# 11-4283-cv

## United States Court of Appeals
## For the Second Circuit

EKATERINA SCHOENEFELD,

                             Plaintiff-Appellee,

v.

STATE OF NEW YORK, ANDREW M. CUOMO, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF NEW YORK, NEW YORK SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, ALL JUSTICES OF NEW YORK SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, MICHAEL J. NOVACK, IN HIS OFFICIAL CAPACITY AS CLERK OF NEW YORK SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, COMMITTEE ON PROFESSIONAL STANDARDS OF NEW YORK SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENTS AND ITS MEMBERS JOHN STEVEN, CHAIRMAN OF THE COMMITTEE ON PROFESSIONAL STANDARDS "COPS" OTHER THOMAS C. EMERSON,

                             Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**MOTION OF *AMICUS CURIAE* THE NEW JERSEY STATE BAR ASSOCIATION
FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

                             **DAVID B. RUBIN, ESQ.**
                             **DAVID B. RUBIN, P.C.**
                             Attorney for *Amicus Curiae*
                                  The New Jersey State
                                  Bar Association
                             (Application for Admission Pending)
                                44 Bridge Street, P.O. Box 4579
                                Metuchen, NJ  08840
                                Telephone  (732)767-0440
                                E-mail: <u>Rubinlaw@att.net</u>

*Amicus curiae*, The New Jersey State Bar Association ("the NJSBA"), hereby moves for leave to participate in oral argument.

In our brief filed with the Court, we represented that there are many New Jersey-resident attorneys who are admitted to practice in New York, and have a vital interest in the outcome of this matter. Indeed, the plaintiff herself is a New Jersey attorney admitted to practice in our state, as well as New York. We also discussed New Jersey's evolving *bona fide* office rule, and how our state's experience may inform this Court's judgment on whether there are less restrictive means of accomplishing the underlying objectives of New York Judiciary Law Section 470 (McKinney 2010). We respectfully submit that the NJSBA's participation in oral argument will offer a helpful perspective on the issues at hand, and should be permitted.

Plaintiff has consented to this application. Counsel for defendants has not.

> Respectfully submitted,
>
> **DAVID B. RUBIN, P.C.**
> ~~Attorney~~ for *Amicus Curiae*
> The New Jersey State
> Bar Association
>
> By: _____
> DAVID B. RUBIN
> (Application for Admission Pending)
> 44 Bridge Street, P.O. Box 4579
> Metuchen, NJ 08840
> Telephone (732)767-0440
> E-mail: Rubinlaw@att.net

Dated: April 30, 2012