# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of August, two thousand and twelve,

_____

| | |
|---|---|
| Ekaterina Schoenefeld, | **ORDER** |
| | Docket Number: 11-4283 |
| Plaintiff - Appellee, | |
| | |
| v. | |

State of New York, New York Supreme Court, Appellate Division, Third Judicial Department, Committee on Professional Standards of New York Supreme Court, Appellate Division, Third Judicial Department and its Members,

Defendants,

Eric T. Schneiderman, in his official capacity as Attorney General for the State of New York, All Justices of New York Supreme Court, Appellate Division, Third Judicial Department, Robert D. Mayberger, in his official capacity as Clerk of New York Supreme Court, Appellate Division, Third Judicial Department, Monica Duffy, Chairman of the Committee on Professional Standards "COPS" other Thomas C. Emerson,

Defendants - Appellants.

_____

IT IS HEREBY ORDERED that Amicus'(NJSB) motion for leave to participate in oral argument is DENIED without prejudice to Amicus using any time ceded to it by a party.

For The Court:

Catherine O'Hagan Wolfe,

Clerk of Court

